Hon. Judge B. Daniels
SDNY
500 Pearl St
New York, N.Y 10007

Carolyn Buff
11 Rue Sedaine
75011 Paris
France
carolynjbuff@yahoo.com

Case: 195549. USA v. Buff

June 22 2020

Your Honor,

Several weeks ago I googled myself-- something I do no more than once every ten years—and discovered that there was a case pending against me before your court. I am attaching an email of my correspondence with PACER indicating that they have yet to give me access.

A friend with access, however, informed me earlier today that a "Clerk's Certificate of default" was issued against me on June 15 2020. This was confirmed by the SDNY Clerk's Office. My friend also told me that the Attorney-General's Office claims that it served notice on me on August 19 2019 at 340 Riverside Drive, New York, N.Y 10025. This too was confirmed by the Clerk's office.

I have not lived in the United States since 1993. The government is aware of this as my tax returns give my current location for the relevant tax year. Over the period at issue, I have lived and worked in Haiti, Sierra Leone, Tanzania and the Netherlands. From 2016 through 2019, I lived in Switzerland. At the moment, I am living in France.

The address used by the Attorney-General's Office was my father's address. I did, at times, use that address as a mailing address particularly when I was working in countries with no functioning mail service. However, my father passed away on July 4 2018, and my father's second wife, Lenore Nemeth, has barred my access to the apartment since then. Indeed, I am surprised that a doorman would have accepted service for me as Ms. Nemeth specifically told them she would not hold or transmit mail for me.

I would therefore request that you re-open this case and provide me with time necessary to access the file against me and consult with an attorney.

Best regards, Carolyn Buff

- **PACERMAIL/SAT/AO/USCOURTS** <pacermail@psc.uscourts.gov>

  To: Carolyn Buff

  Tue, Jun 16 at 9:23 PM

  Unfortunately, this email address and the date of birth you provided does not match the account. You will need to use the activation token that we mailed to you via US Mail.

  Thank you,
  Les

  PACER Service Center
  Phone: 210-301-6440
  Toll Free: 800-676-6856
  For Frequently Asked Questions: http://www.pacer.gov/psc/hfaq.html
  For Account Information: https://www.pacer.gov/psco/cgi-bin/psclogin.pl

  **From:** Carolyn Buff <carolynjbuff@yahoo.com>
  **Sent:** Friday, June 12, 2020 2:02 PM
  **To:** PACERMAIL/SAT/AO/USCOURTS <pacermail@psc.uscourts.gov>
  **Subject:** Re: Account 6404426

  Thank you for your message

  Grandmother's maiden name: Schless

  Father's middle name: Milton

  Regards, Carolyn

  On Monday, June 1, 2020, 11:37:30 PM GMT+2, PACERMAIL/SAT/AO/USCOURTS <pacermail@psc.uscourts.gov> wrote:

  Due to current widespread health conditions, we are temporarily providing email accommodations for activation token delivery. To verify your account, please provide via reply to this email

  Answer to account security questions:

  What is your grandmother's maiden name?

  What is your father's middle name?

  Date of Birth on account

  Thank you,
  Les

  PACER Service Center
  Phone: 210-301-6440
  Toll Free: 800-676-6856

For Frequently Asked Questions: http://www.pacer.gov/psc/hfaq.html
For Account Information: https://www.pacer.gov/psco/cgi-bin/psclogin.pl

From: Carolyn Buff <carolynjbuff@yahoo.com>
Sent: Friday, May 29, 2020 2:22 PM
To: PACERMAIL/SAT/AO/USCOURTS <pacermail@psc.uscourts.gov>
Subject: Re: Account 6404426

Dear Judi,

Thanks for this response. Both my credit cards were rejected, my US card and my Swiss card. The problem is that I will no longer be at the mailing address I provided in two weeks. Can I change the mailing address?

Regards, Carolyn

On Friday, May 29, 2020, 09:18:54 PM GMT+2, PACERMAIL/SAT/AO/USCOURTS <pacermail@psc.uscourts.gov> wrote:

Good day,

**Credit card validation** for instant access is conducted through the Address Verification System (AVS) credit card network. AVS is a system used to verify the identity of the person claiming to own the credit card. The AVS is designed to check the billing address of the credit card provided. Many merchants will accept credit cards using different AVS codes to validate this same credit card. PACER Service Center is a federal agency and because of our complicated billing process and procedures, our validation is different than most merchants.

Unfortunately, if a foreign credit card cannot be validated through the credit card network, the only option available is to wait to receive the authentication token in the regular U.S. mail. Please allow 7 - 10 for delivery. Once the account has been activated you may add a credit card for automatic billing by logging into Manage My Account at our home page www.pacer.gov. Click the Payments tab>Manage Recurring Payments and enter a credit card for future billing.

Thank you,
Judi

PACER Service Center
Phone: 210-301-6440
Toll Free: 800-676-6856
For Frequently Asked Questions: http://www.pacer.gov/psc/hfaq.html
For Account Information: https://www.pacer.gov/psco/cgi-bin/psclogin.pl

From: Carolyn Buff <carolynjbuff@yahoo.com>
Sent: Thursday, May 28, 2020 1:07 PM
To: PACERMAIL/SAT/AO/USCOURTS <pacermail@psc.uscourts.gov>
Subject: Account 6404426

Dear Sir/Madam,

I am trying to pay for instant activation of my account but keep getting messages saying that my payment failed. I have tried two different credit cards, one American and one Swiss, several times. Each time the payment fails even though my banks tell me there is nothing wrong with the card and the Swiss card was accepted when I registered.

Thanks Carolyn

- 
- 
- 
- 

### Settings

#### PACERMAIL/SAT/AO/USCOURTS

pacermail@psc.uscourts.gov
(210) 301-6440
+ Add to contacts