```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 2 9 2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

CAROLYN BUFF,

                Defendant.

------------------------------------- X

ORDER

19 Civ. 5549 (GBD)

GEORGE B. DANIELS, District Judge:

Defendant's request for an extension of time to consult with an attorney and respond to the complaint is hereby GRANTED. Defendant shall file any response to the complaint by July 24, 2020. Should Defendant (either independently or through counsel) have any questions regarding this case, Defendant should reach out to the Assistant United States Attorney assigned to this matter. His contact information, as it is reflected on the docket, is listed below:

        Stephen Seungkun Cha-Kim
        United States Attorney's Office
        Southern District Of New York
        86 Chambers Street, Third Floor
        New York, NY 10007
        Phone: (212) 637-2768
        Fax: (212) 637-2702
        Email: Stephen.Cha-Kim@usdoj.gov

Dated: June 25, 2020
      New York, New York

SO ORDERED.

*George B. Daniels* (signature)

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE