UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                          :

                           Plaintiff,                          :          ORDER

        -against-                                      :          19-CV-5549 (GBD)(KNF)

CAROLYN BUFF,                                              :

                       Defendant.                          :
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    On or before November 20, 2020, the defendant shall file her answer to the plaintiff's complaint.  Failing to comply with a court order may result in sanctions.

Dated:   New York, New York                          SO ORDERED:
             October 6 , 2020

                                                                      *Kevin Nathaniel Fox*
                                                              KEVIN NATHANIEL FOX
                                                              UNITED STATES MAGISTRATE JUDGE