UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                              :

                                                       :
          Plaintiff,                                 ORDER
                                                       :
   -against-                                          19-CV-5549 (GBD)(KNF)
                                                       :
CAROLYN BUFF,                                          :

          Defendant.                                 :
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      The telephonic initial pretrial conference scheduled previously for December 22, 2020, is adjourned. The conference will held, if necessary, after the defendant's dispositive motion, Docket Entry No. 29, is resolved.

Dated:  New York, New York                SO ORDERED:
           December 15, 2020

                                                  _____
                                                  KEVIN NATHANIEL FOX
                                                  UNITED STATES MAGISTRATE JUDGE