UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                         :

                Plaintiff,                   :

            v.                              :                 **ORDER**

CAROLYN BUFF,                                     :
                                                  19-CV-5549 (GBD) (KNF)

                Defendant.                  :
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

     By a letter, dated February 24, 2021, the defendant proceeding pro se, requested that the Court: (i) "dismiss section B" of the plaintiff's February 23, 2021 "Reply Memorandum of Law in Further Support of Plaintiff's Cross-Motion for Alternative Service"; or (ii) "permit me to reply as Plaintiff's [sic] have yet again distorted my arguments." Docket Entry No. 42. The defendant's request, Docket Entry No. 42, to reply to the plaintiff's February 23, 2021 memorandum of law filed at Docket Entry No. 41, is granted, and she shall serve and file her reply on or before March 5, 2021.

Dated:  New York, New York                        SO ORDERED:
        February 26, 2021

                                                                     *Kevin Nathaniel Fox*
                                                     KEVIN NATHANIEL FOX
                                                     UNITED STATES MAGISTRATE JUDGE