**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- X

UNITED STATES OF AMERICA,

                                  Plaintiff,

                        ORDER

-against-

                      19 Civ. 5549 (GBD)(KNF)

CAROLYN BUFF,

                                Defendant.

------------------------------------- X

GEORGE B. DANIELS, District Judge:

Defendant's request to file a reply to the Government's Response to Defendant's Objections to the Report and Recommendation is GRANTED. The Defendant shall file a reply brief by June 22, 2021.

Dated: June 16, 2021
       New York, New York

                                              SO ORDERED.

                                              GEORGE B. DANIELS
                                              UNITED STATES DISTRICT JUDGE