UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USA

Write the full name of each plaintiff or petitioner.

Case No. 19 cv 5549 (GBD) (KNF)

-against-

NOTICE OF MOTION

Carolyn Buff

Defendant, Pro Se

Write the full name of each defendant or respondent.

PLEASE TAKE NOTICE that  Defendant  Carolyn Buff  name of party who is making the motion
plaintiff or defendant

requests

MOTION TO RECUSE

- [x] a memorandum of law
- [x] my own declaration, affirmation, or affidavit
- [x] the following additional documents: 3 annexes referred to in my affirmation

September 22, 2021
Dated

Signature

Carolyn Buff
Name

Prison Identification # (if incarcerated)

48 B Rue de Geneve, 01210 Ferney-Voltaire, France
Address    City    State    Zip Code

+33784599040        carolynjbuff@yahoo.com
Telephone Number (if available)    E-mail Address (if available)

SDNY Rev: 5/24/2016