UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,                          :

                Plaintiff,                              :

     - against -                                            :            ORDER

CAROLYN BUFF,                                              :            19-CV-5549(GBD)(KNF)

                                             :l,
                                            :

                Defendant.
-----------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      A conference was held with counsel to the plaintiff and defendant pro se on October 12, 2021. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

1. all discovery, of whatever nature, be initiated so as to be completed on or before October 12, 2022;

2. the last date on which to amend pleadings will be February 2, 2022. After this date any motion to amend will be evaluated under Rule 16(b)(4) of the Federal Rules of Civil Procedure;

3. the last date on which to join additional parties will be February 2, 2022. After this date any motion to join additional parties will be evaluated under Rule 16(b)(4) of the Federal Rules of Civil Procedure;

4. any dispositive motion shall be filed on or before November 22, 2022;

5. the response to any such motion and any reply shall be made in accordance with Local Civil Rule 6.1 of this court; and

6. if no dispositive motion is made, the parties shall submit their joint pretrial order to the court on or before November 22, 2022. That document must conform to the

requirements for such an order that are found in the assigned district judge's

Individual Rules of Practice.

Dated:  New York, New York
       October 12, 2021

SO ORDERED:

*Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE