UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA,

                              Plaintiff,                  **ORDER**

                                                  **19-CV-5549 (GBD) (JW)**
        -against-

CAROLYN BUFF,

                             Defendant.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

       The Court is in receipt of Defendant's letter dated May 9, 2022. Dkt. No. 81. The parties are directed to meet and confer regarding mutual availability for a conference. By **May 13, 2022**, the parties will contact Courtroom Deputy Christopher Davis at WillisNYSDChambers@nysd.uscourts.gov noting any dates they are not available between May 31 and June 10, 2022.

       SO ORDERED.

DATED:    New York, New York
               May 10, 2022

                                                                 _____
                                                                 JENNIFER E. WILLIS
                                                                 United States Magistrate Judge