UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA,

                            Plaintiff,                   **ORDER**

                                                                         19-CV-5549 (GBD) (JW)
                 -against-

CAROLYN BUFF,

                            Defendant.
------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

       On May 25, 2022 Plaintiff requested a conference pursuant to Local Civil Rule 37.2, as well as Rule II(A) of this Court's Individual Practice Rules. Dkt. No. 88. The request is GRANTED. The Rule 37.2 Conference will be held at the telephonic conference scheduled for June 15, 2022.

       The Court also received a letter from Defendant on May 31, 2022 noting certain discovery issues. Dkt. No. 89. The Court will address all outstanding discovery issues from both parties at the June 15, 2022 conference.

       The Clerk of Court is respectfully requested to terminate the letter motion at Dkt. No. 88.

       SO ORDERED.

DATED:    New York, New York
                June 1, 2022

                                                         _____
                                                          JENNIFER E. WILLIS
                                                          United States Magistrate Judge