UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                Plaintiff,          **ORDER**

                                      **19-CV-5549 (GBD) (JW)**

       -against-

CAROLYN BUFF,

                Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      On May 25, 2022, the Government filed a letter motion seeking a Local Rule 37.2 Conference. Dkt. No. 88. In that letter, the Government indicated that they might seek to compel Defendant's deposition, and in the event of non-compliance would seek certain sanctions. In light of certain technical difficulties, the Court is denying the Rule 37.2 Conference, and directing the Government to file a formal motion should they wish to proceed. The Court sets the following briefing schedule:

- The Government's papers shall be due on or before **June 29, 2022**.
- Defendant's response shall be due on or before **July 13, 2022**.
- Conference to be held at 10:00 AM (Eastern Time) on **July 20, 2022**.

Memoranda of law should not exceed **10 pages**, not inclusive of any cover sheet or tables. The Court will circulate a dial-in for the conference via Microsoft Teams, with the goal of obviating any technical issues moving forward.

      SO ORDERED.

DATED:    New York, New York
               June 15, 2022

                                                                      _____
                                                                      JENNIFER E. WILLIS
                                                                      United States Magistrate Judge