UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA,

                    Plaintiff,           **ORDER**

                                             **19-CV-5549 (GBD) (JW)**

      -against-

CAROLYN BUFF,

                    Defendant.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On July 20, 2022 a conference was held in this matter. For the reasons stated on the record, Plaintiff's motion to compel is **DENIED**. Should Plaintiff wish to take Defendant's deposition, Plaintiff is directed to proceed via the Hague Convention. The Court reminds the Parties of their on-going obligation to meet and confer with one another. The Court would also like to encourage the Parties to take advantage of the settlement tools available to them.

A conference has been scheduled for **August 25, 2022**, at 10 AM (Eastern). The Court will provide a Microsoft Teams link to the Parties for the conference.

Plaintiff is directed to request a copy of the transcript of the hearing. The Clerk of Court is respectfully requested to terminate the letter motion at Dkt. No. 93.

SO ORDERED.

DATED:    New York, New York
                 July 20, 2022

                                                     *Jennifer E. Willis*
                                                     JENNIFER E. WILLIS
                                                     United States Magistrate Judge