UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                 Plaintiff,                  **ORDER**

      -against-                 **19-CV-5549 (GBD) (JW)**

CAROLYN BUFF,

                 Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      On August 25, 2022 a conference was held in this matter to address the issue of whether Defendant had already consented to proceeding with her deposition pursuant to the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters. The Parties are directed to file briefing on the matter, 10-pages each, with the option to include supporting declarations[1], according to the following schedule:

- Plaintiff's brief is due on **September 2, 2022**.
- Defendant's brief is due on **September 9, 2022**.

A hearing will be held on **September 27, 2022** at **10:00 AM (ET)** via Microsoft Teams. The Court will circulate a link for the meeting to the Parties.

SO ORDERED.

DATED:    New York, New York
             August 25, 2022

                                                  JENNIFER E. WILLIS
                                                  United States Magistrate Judge

---

[1] Any declarations will not be counted towards the page limit.