UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                      Plaintiff,                          **ORDER**

        -against-                                  **19-CV-5549 (GBD) (JW)**

CAROLYN BUFF,

                      Defendant.
-----------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

On September 27, 2022, a conference was held in this matter. The Court requested further submissions from the parties on two points: (1) whether Plaintiff can identify any French statute or case that finds tax matters to be administrative matters, thus outside the ambit of the Hague Convention; and (2) any response from Plaintiff regarding Defendant's motion to seal, Dkt. No. 111. The following schedule was set:

- Plaintiff's submissions on both points is due by **October 7, 2022**. Plaintiff is limited to three pages on the issue of French law, and ten pages on the privacy issue raised by Defendant.

- Defendant's responses, should she choose to submit one, are due by **October 14, 2022**. Defendant is limited to three pages to respond to Plaintiff's finding on the question of French law, and five pages for a reply brief on the privacy law issue.

A subsequent conference is scheduled for **October 21, 2022** at **10 AM (ET)**. The Parties will be sent a Microsoft Teams link. The audio dial-in is (646) 453-4442, phone conference ID 601 659 756#. The discovery deadline is extended to **October 21, 2022**.

SO ORDERED.

DATED:   New York, New York
         September 27, 2022

                                                                            _____
                                                                            JENNIFER E. WILLIS
                                                                            United States Magistrate Judge