UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                        Plaintiff,                      **ORDER**

                                                        **19-CV-5549 (GBD) (JW)**

               -against-

CAROLYN BUFF,

                        Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On October 10, 2022 Defendant filed a letter with the court requesting a seven-day extension to file a reply brief on the privacy issue currently before the Court.  Dkt. No. 119.  The request is **GRANTED IN PART**.  The Court will extend Defendant's deadline by five days to **Wednesday, October 19, 2022**.

The conference currently set for October 21, 2022 remains as scheduled.

SO ORDERED.

DATED:    New York, New York
                October 13, 2022

                                                                              _____
                                                                              JENNIFER E. WILLIS
                                                                              United States Magistrate Judge