**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
UNITED STATES OF AMERICA,

                Plaintiff,                **ORDER**

                                         **19-CV-5549 (GBD) (JW)**

        -against-

CAROLYN BUFF,

                Defendant.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      On October 20, 2022, this Court issued an Order granting Plaintiff's motion to compel Defendant's deposition, and denying Plaintiff's motion to seal. Dkt. No. 126. In accordance with that Order the discovery deadline in this case is extended until **December 1, 2022**.

      A conference is scheduled in this matter for December 1, 2022 at 10:00 AM Eastern Time. The conference will take place on Microsoft Teams. The **dial in number** is (646) 453-4442, with **Phone Conference ID** 477 390 176#.

SO ORDERED.

DATED:    New York, New York
               October 21, 2022

                                                              _____
                                                             JENNIFER E. WILLIS
                                                              United States Magistrate Judge