UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                      Plaintiff,

      -v-

CAROLYN BUFF,

                     Defendant.

No. 19 Civ. 5549 (GBD)(JW)

## *EX PARTE*
## ORDER FOR ISSUANCE OF PRE-JUDGMENT WRIT OF GARNISHMENT

Before the Court is the United States' *ex parte* Application for Pre-Judgment Writ of Garnishment to Garnishees JAMES P. MILSTEIN and LENORE S. NEMETH as Executors of the Estate of Alfred M. Buff, and their successors, affiliates and/or assigns, for property in which Defendant Carolyn Buff, has a substantial non-exempt interest.  After consideration, the Court finds that the application meets the requirements of 28 U.S.C. §§ 3101 and 3104 and grants the Writ.

IT IS ORDERED that the Clerk of the Court issue a Writ of Garnishment and a Clerk's Notice of Garnishment to the Garnishees, and that the Clerk provide them to the United States. The Clerk must maintain these documents, the Application for Pre-Judgment Writ of Garnishment, and this order with their *ex parte* restriction and not make them publicly available until the United States certifies that it has completed service of process on the Writ.  The United States shall promptly notify the Clerk when service of process is complete, at which time the Clerk shall lift the *ex parte* restriction, so that all *ex parte* filings related to this matter are accessible in the same manner as other public documents.

Pursuant to 28 U.S.C. § 3101(d), the United States shall serve each Garnishee with a copy of the Application, the Writ of Garnishment, the Clerk's Notice of Garnishment, and Answer Form with instructions for compliance.  After the Garnishee has been served, the United States shall serve the Defendant and each person whom the United States has reasonable cause to believe has an interest in the property subject to the Writ of Garnishment with those documents, and they shall be afforded an opportunity for a hearing.

Unless otherwise ordered by this Court, the Writ of Garnishment shall be continuing and shall terminate only as provided in 28 U.S.C. § 3205(c)(7) or (10); and counsel for the United States shall certify that each person whom the United States has reasonable cause to believe has an interest in the property subject to the Writ of Garnishment, has been served at least 20 days before filing a motion for a disposition order under 28 U.S.C. §§ 3104(b)(1) and 3205(c)(7).

Dated: New York, New York
October 19 2022

_____
HON. JENNIFER E. WILLIS
U.S. Magistrate Judge