Hon. George B. Daniels  
SDNY  
500 Pearl St.  
New York N.Y 10007  
USA  

Carolyn Buff  
11 Rue Sedaine  
75011 Paris  
France  
Carolynjbuff@yahoo.com  

May 25, 2023

**19-CV-05549 USA v. BUFF (GBD)**

**Re: Response to Plaintiff's request for an extension of time**
-------------------

Your Honor,

I reiterate my objections to the Plaintiff's request for an extension as set out in its letter (Dkt. No. 175) and make the following additional observations.

1. The Plaintiff filed its request for an extension of time on May 24, 2023 at 9:30 p.m EST, thus well after the close of business.
2. In its letter, the Plaintiff's attorney fails to mention that the deadline for filing a response to my Objections, pursuant to FRCP 72 (b) (2), was yesterday. It has not explained why it did not seek an extension earlier.[1]
3. Further, in its email to me, the Plaintiff's attorney did not set out the length of the extension it would be requesting, and the 45-day delay is entirely unjustified. The Plaintiff: i) does not claim that the prior attorney on the case is unavailable for consultation, ii) does not suggest that no support staff is familiar with this case; nor does it iii) cite any competing exigencies. Thus, *force majeure* does not appear to be at issue here.
4. Finally, if it the general practice of this court to be generous in granting requests for extensions, even where the request is unsubstantiated, it has not been magnanimous to me. Notably, the Magistrate-Judge denied three of my requests for extensions of time to consult with a French attorney about French penal provisions relevant to a deposition request and order (Dkt. No. NYSCEF 172, para. 38), and I have never otherwise sought an extension in this case. Additionally, she imposed drastic sanctions on me for failing to comply with a deposition order within 45 days (Report and Recommendations, Dkt No. 169, p. 9), the same period of time the Plaintiff is now seeking to extend this matter.
5. As for the prejudice of such an extension to me, I have repeatedly information the Magistrate-Judge and the Plaintiff that I am anxious to move this case to the 2nd Circuit, if necessary.
6. In sum, it is my view that granting the extension requested, in full or in part, would be contrary to the interests of justice in this case.

Best regards,

*Carolyn Buff*  
Carolyn Buff, Pro Se

---

[1] The Plaintiff's email to me requesting my consent for the extension was sent at 5:59 p.m EST, meaning 11:59 p.m my time on May 23rd. I responded before the start of business in New York on May 24th.