UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
:
UNITED STATES OF AMERICA,              :
                  Plaintiff,  :
:       ORDER
   -against-                          :
:       19 Civ. 5549 (GBD)(JW)
CAROLYN BUFF,                          :
:
                  Defendant.  :
------------------------------------- x

GEORGE B. DANIELS, District Judge:

       The Government must respond by June 16, 2023 to Defendant's Objections to Magistrate Judge Willis's April 28, 2023 Report and Recommendation.

Dated: May 25, 2023
       New York, New York

                              SO ORDERED.

                              *George B. Daniels*
                              GEORGE B. DANIELS
                              United States District Judge