UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

-v-

CAROLYN BUFF,

                Defendant.

No. 19-CV-5549 (GBD) (JW)

**JUDGMENT**

---

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows: Plaintiff the United States of America (the "United States") shall have a final judgment pursuant to Federal Rule of Civil Procedure 54 against Defendant Carolyn Buff in the amount of $42,778.36 as of July 14, 2023, consisting of $30,000.00 in FBAR penalties, $10,952.88 in failure to pay penalties, and $1,825.48 in interest, plus interest accruing under 28 U.S.C. § 1961 after the date of entry of this judgment; plus penalties accruing under 31 U.S.C. § 3717(e)(2) and 31 C.F.R. §§ 5.5(a), 901.9 after the date of entry of this judgment; and the United States shall have execution therefor.

The Clerk of Court is respectfully directed to close this action.

Dated: **JUL 2 5 2023**
New York, New York

SO ORDERED:

*/s/ George B. Daniels*
HON. GEORGE B. DANIELS
United States District Judge